# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Raleigh Spizman, *individually*, and  
Robert Spizman, *individually*,

      Plaintiffs,

v.

BCBSM, Inc. *d/b/a* Blue Cross Blue  
Shield of Minnesota,

      Defendant.

Civil No. 14-cv-3568 (MJD/TNL)

**ORDER**

---

Damon L. Ward, Ward Law Group, 301 Fourth Avenue South, Suite 378N, Minneapolis, MN 55415, Counsel for Plaintiffs; and

Kathy S. Kimmel and Marie L. Van Uitert, Oppenheimer Wolff & Donnelly LLP, 222 South Ninth Street, Suite 2000, Minneapolis, MN 55402, Counsel for Defendant.

---

The above matter comes before the Court upon the Plaintiffs' Objections to the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated June 4, 2015 in which he recommends that Defendants' motion to dismiss be granted in part.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b) (1); Local Rule 72.2(b). Based upon that review, the Court **adopts** the Report and Recommendation [Doc. No. 26] of United States Magistrate Judge Leung dated June 4, 2015.

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint [Docket No. 10] is **GRANTED** with regard to Counts I, II, V, and VI, and **DENIED** as to all other counts.

Date: July 27, 2015        s/ Michael J. Davis
Michael J. Davis
United States District Court